```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29366
    JOANN B GONDER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2626

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 08/09/2004 and was confirmed 11/03/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

    The case was paid in full 01/15/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
SELECT PORTFOLIO SERVICI CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE   16612.01            .00       16612.01
COOK COUNTY TREASURER    SECURED NOT I  NOT FILED            .00            .00
FIRST CHICAGO            UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED            .00            .00
SELECT PORTFOLIO SERVICI COST OF COLLE    200.00             .00         200.00
SELECT PORTFOLIO SERVICI MORTGAGE NOTI  NOT FILED            .00            .00
PHILIP A IGOE            DEBTOR ATTY     2,394.00                      2,394.00
TOM VAUGHN               TRUSTEE                                       1,228.88
DEBTOR REFUND            REFUND                                          365.11

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  20,800.00

PRIORITY                                              .00
SECURED                                         16,812.01
UNSECURED                                             .00
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                             1,228.88
DEBTOR REFUND                                      365.11
                        ---------------     ---------------
TOTALS                   20,800.00              20,800.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 29366 JOANN B GONDER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 29366 JOANN B GONDER